# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEY JORDAN,<br><br>Defendant. | PO-21-5193-GF-JTJ<br><br>VIOLATION:<br>7392529<br>Location Code: M12<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the appearance scheduled for December 9, 2021 is **VACATED**.

DATED this 8th day of December, 2021.

_____
John Johnston
United States Magistrate Judge